CP:DEW
F.#2004R02286

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 17 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

　　- against -

KLAUS RIEDER,
　　also known as "Jon,"
CORINNA MEHRER,
INTERNATIONAL-PHARMACY.COM S.A.,
DAVID ARMSTRONG and
ELIZABETH ARMSTRONG,

　　　　　　Defendants.

- - - - - - - - - - - - - - - -X

O R D E R

05 CR 0285 (NGG)

　　It is hereby ORDERED that all sealed documents in the above-captioned case be unsealed as to all defendants.

Dated:　Brooklyn, New York
　　　　November 15, 2005

　　　　　　　　　　　　s/Nicholas Garaufis
　　　　　　　　　　　　_____
　　　　　　　　　　　　THE HONORABLE NICHOLAS G. GARAUFIS
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　EASTERN DISTRICT OF NEW YORK